IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

GREGORY GILLILAN,                     :
                                      :
                    Plaintiff         :
                                      :
        VS.                           :
                                      :
PRISON STAFF EMPLOYEES,               :        CIVIL ACTION NO. 1:06-cv-33(WLS)
                                      :
                    Defendants        :        **O R D E R**

_____

        Plaintiff has filed a motion in which he requests the Court to serve subpoenas on all

defendants and witnesses named in his action and/or named in the motion itself.  The Court will

determine which defendants to serve, in any, after it conducts a frivolity review pursuant to 28

U.S.C. § 1915A.  The Court will make this determination after it has reviewed the recast complaint

that the Court, by separate Order entered on this date, ordered plaintiff to file.  Additionally, any

request to subpoena witnesses at this stage in plaintiff's case is clearly premature

        Accordingly, at this time plaintiff's motion requesting that defendants and witnesses be

subpoenaed is **DENIED**.

        **SO ORDERED**, this 16th day of March, 2006.




                                        /s/ Richard L. Hodge_____
                                        RICHARD L. HODGE
                                        UNITED STATES MAGISTRATE JUDGE


lnb