IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| GREGORY GILLIAN, | : | |
| Plaintiff, | : | |
| v. | : | 1:06-CV-33 (WLS) |
| GUY HICKMAN, ET. AL, ET. AL., | : | |
| Defendants. | : | 42 U.S.C. § 1983 |

**O R D E R**

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. No. 17), filed April 12, 2006. It is recommended that Plaintiff's complaint and allegations be dismissed against all Defendants, except for the claim that Dr. Shaddock refused to examine him after referrals from the prison staff. Plaintiff has filed a timely objection to the Report and Recommendation. (Doc. No. 21).

In his objection to the recommendation, Plaintiff continues essentially to make the same arguments that he made before the Magistrate Judge. Further, he seems to be attempting to add additional Defendants and to dismiss others. As neither are appropriate methods to add or dismiss Defendants, the attempts will be treated as surplusage. Plaintiff also argues that the Magistrate Judge is somehow biased or prejudiced against Plaintiff, without providing any basis to support such an argument. None of his arguments address the merits of the Magistrate Judge's recommendation. Therefore, the Court rejects and overrules Petitioner's objections. (Doc. No. 21).

Upon full consideration of the record, the Court finds that said Recommendation should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein, together with the findings made, reasons stated and conclusions reached herein. Accordingly, Plaintiff's complaint for damages against all Defendants, except Dr. Shaddock, (Doc. 1) is **DISMISSED.**

SO ORDERED, this   21st   day of June, 2006.

    /s/W. Louis Sands
**W. Louis Sands, Chief Judge**
**United States District Court**