In The United States Middle District Court of Georgia.
Albany Division

FILED
U.S. DISTRICT COURT
GEORGIA
07 JAN 31 AM 10:48
B. Littleton
DEPUTY CLERK

Gregory Gillian

vs.

Doctors Shaddock

Case. 1:06-CV-33

## Motion To Dismiss

Comes Now Gregory Gillian Herein Referd To As The Plaintiff.

(1)

The Plaintiff was Retaliate Against Because of Legal Action And Transferd.

(2)

The Plaintiff is No Longer Under The Care of Doctor Shaddock

(3)

The Plaintiff Will Dismiss This Legal Action With out Prejudice

Respectfuly Submitted