IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| GREGORY LINSTON GILLILAN, | : | |
|---|---|---|
| Plaintiff, | : | |
| VS. | : | Civil Action File No. |
| | : | **1:06-CV-33 (WLS)** |
| DOCTOR SHADDOCK, | : | |
| Defendant. | : | |

## **RECOMMENDATION**

Plaintiff has filed a motion to dismiss without prejudice the claims against the one remaining defendant in this case, Dr. Shaddock. (Doc. 30). This defendant has not filed an answer or any other responsive pleading to this date, and plaintiff states he wishes to dismiss the action as he is no longer under the medical care of Dr. Shaddock. Therefore, it is the RECOMMENDATION of the undersigned that this action be **DISMISSED** against Dr. Shaddock without prejudice.

Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable W. Louis Sands, United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

**SO ORDERED**, this 11th day of April, 2007.

              //S Richard L. Hodge
              RICHARD L. HODGE
              UNITED STATES MAGISTRATE JUDGE

msd