**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

GREGORY GILLILAN,

    Plaintiff,

v.

DOCTOR SHADDOCK,

    Defendant.

1:06-CV-33 (WLS)

42 U.S.C. § 1983

## O R D E R

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. No. 31), filed April 11, 2007. It is recommended that Plaintiff's complaint against Dr. Shaddock be dismissed without prejudice. Plaintiff moved to dismiss the claim against Defendant and Defendant has not objected.

Upon full consideration of the record, the Court finds that said Recommendation should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. Accordingly, Plaintiff's complaint for damages against Dr. Shaddock, (Doc. 1) is **DISMISSED without prejudice.**

SO ORDERED, this __30th__ day of April, 2007.

                                                    /s/W. Louis Sands
                                               **W. Louis Sands, Judge
                                               United States District Court**